IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK GEARHART  PLAINTIFF

v.  Case No. 3:11CV00278 JTK

MICHAEL J. ASTRUE, Commissioner
Social Security Administration  DEFENDANT

## ORDER

Pending is Petitioner's Motion for Extension of Time. Plaintiff's counsel states his brief was due on April 4, 2012 and that he was unable to prepare a brief by this date.

Plaintiff's motion fails to comply with Local Rule 6.2(b), which requires statements that he has contacted the Defendant with regard to the motion and whether the Defendant opposes the same. Rather than dismissing the motion summarily for failure to comply with the rule, the Court grants Petitioner three (3) days to supplement his motion.

SO ORDERED this 6th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE